## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### (Northern Division)

**RECEIVED**

2006 OCT 10 P 3: 28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| **APRIL WORLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV No. |
| | ) | 2:06CV916 -M |
| **PFIZER, INC., MONSANTO** | ) | E |
| **COMPANY, PHARMACIA,** | ) | F |
| **PHARMACIA AND UPJOHN,** | ) | |
| **SCOTT GRIFFIN SMITH and** | ) | **(Removed from the Circuit Court** |
| **Fictitious Defendants A, B. C** | ) | **of Montgomery County, Alabama** |
| **& D, being those persons, firms or** | ) | **CV-2006-2131)** |
| **Corporations whose fraud, scheme to** | ) | |
| **defraud, and/or other wrongful conduct** | ) | |
| caused or contributed to the Plaintiff's | ) | |
| injuries or damages, and whose true names | ) | |
| and identities are presently unknown to | ) | |
| Plaintiff but will be substituted by | ) | |
| amendment when ascertained | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO DISMISS

Without waiving any other defense he may have to this lawsuit, Defendant Scott Griffin

Smith moves to dismiss the Plaintiff's Complaint, under Rule 12(b)(6) of the Federal Rules of

Civil Procedure, for failure to state a claim upon which relief can be granted.  In support of this

motion, Smith states that he has been fraudulently joined to this action, and incorporates the legal

arguments, citations, and exhibits in Pfizer Inc., Pharmacia Corporation, Pharmacia & Upjohn

Company, LLC's (erroneously sued and served as Pfizer, Inc., Pharmacia, and Pharmacia &

Upjohn) and Monsanto Company's Notice of Removal.

_Georg R Parker_ (signature)

Andrew B. Johnson
George R Parker
One of the attorneys for Scott G. Smith

OF COUNSEL:

Fred M. Haston, III
Anne Marie Seibel
Bradley Arant Rose & White LLP
1819 Fifth Ave. North
Birmingham, Alabama 35203
(205) 521-8000

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing on:

Andy D. Birchfield, Jr.
W. Roger Smith, III
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing address, on this _10_ day of October 2006.

_George R Parker_ (signature)

OF COUNSEL

2