UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
(Northern Division)

| | |
|---|---|
| APRIL WORLEY,   )<br>  )<br>   Plaintiff,   )<br>  )<br>v.   )<br>  )<br>PFIZER, INC., MONSANTO   )<br>COMPANY, PHARMACIA,   )<br>PHARMACIA AND UPJOHN,   )<br>SCOTT GRIFFIN SMITH and   )<br>Fictitious Defendants A, B. C   )<br>& D, being those persons, firms or   )<br>Corporations whose fraud, scheme to   )<br>defraud, and/or other wrongful conduct   )<br>caused or contributed to the Plaintiff's   )<br>injuries or damages, and whose true names   )<br>and identities are presently unknown to   )<br>Plaintiff but will be substituted by   )<br>amendment when ascertained   )<br>  )<br>   Defendants.   )<br>  )   | RECEIVED<br>2006 OCT 10  P 3: 28<br><br>CV No. 2:06CV916-M<br><br>(Removed from the Circuit Court<br>of Montgomery County, Alabama<br>CV-2006-2131) |

## CORPORATE DISCLOSURE STATEMENT

Defendants Pfizer Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company, LLC (erroneously sued as Pfizer Inc., Pharmacia, and Pharmacia & Upjohn) submit this statement identifying the following as parent companies, subsidiaries (except wholly-owned subsidiaries), and affiliates of said parties that have issued shares to the public:

   Pfizer Inc.

Pfizer Inc. is not aware of any publicly held corporation that owns more than 10% of Pfizer Inc.'s stock. Pharmacia Corporation and Pharmacia & Upjohn LLC are both owned by Pfizer Inc.

_____
Andrew B. Johnson
George R Parker
One of the attorneys for
Pfizer Inc., Pharmacia Corporation, Pharmacia
& Upjohn Company, LLC, and Monsanto
Company

OF COUNSEL:

Fred M. Haston, III
Anne Marie Seibel
Bradley Arant Rose & White LLP
1819 Fifth Ave. North
Birmingham, Alabama 35203
(205) 521-8000

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing on:

    Andy D. Birchfield, Jr.
    W. Roger Smith, III
    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
    P.O. Box 4160
    Montgomery, AL 36103-4160

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing address, on this 10th day of October 2006.

_____
OF COUNSEL

2