UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
(Northern Division)

RECEIVED
2006 OCT 10 P 3:29

| | | |
|---|---|---|
| APRIL WORLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV No. 2:06CV916-MEF |
| | ) | |
| PFIZER, INC., MONSANTO | ) | |
| COMPANY, PHARMACIA, | ) | |
| PHARMACIA AND UPJOHN, | ) | |
| SCOTT GRIFFIN SMITH and | ) | (Removed from the Circuit Court |
| Fictitious Defendants A, B. C | ) | of Montgomery County, Alabama |
| & D, being those persons, firms or | ) | CV-2006-2131) |
| Corporations whose fraud, scheme to | ) | |
| defraud, and/or other wrongful conduct | ) | |
| caused or contributed to the Plaintiff's | ) | |
| injuries or damages, and whose true names | ) | |
| and identities are presently unknown to | ) | |
| Plaintiff but will be substituted by | ) | |
| amendment when ascertained | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Defendant Monsanto Company ("Monsanto") hereby files its corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Monsanto states that it has no parent corporation and no publicly held corporation owns more than ten percent of its stock.

_____
Andrew B. Johnson
George R Parker
One of the attorneys for
Pfizer Inc., Pharmacia Corporation, Pharmacia
& Upjohn Company, LLC, and Monsanto
Company

OF COUNSEL:

Fred M. Haston, III
Anne Marie Seibel
Bradley Arant Rose & White LLP
1819 Fifth Ave. North
Birmingham, Alabama 35203
(205) 521-8000

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing on:

    Andy D. Birchfield, Jr.
    W. Roger Smith, III
    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
    P.O. Box 4160
    Montgomery, AL 36103-4160

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing address, on this 10TH day of October 2006.

                                            */s/ George R. Parker*
                                            OF COUNSEL