**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **APRIL WORLEY,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:06cv916-MEF** |
| | ) | |
| **PFIZER, INC., MONSANTO** | ) | |
| **COMPANY, PHARMACIA,** | ) | |
| **PHARMACIA AND UPJOHN,** | ) | |
| **SCOTT GRIFFIN SMITH, and** | ) | |
| **Fictitious Defendants A, B, C & D,** | ) | |
| **being those persons, firms, or** | ) | |
| **Corporations whose fraud, scheme to** | ) | |
| **defraud, and/or other wrongful** | ) | |
| **conduct caused or contributed to** | ) | |
| **Plaintiff's injuries and damages, and** | ) | |
| **whose true names and identities are** | ) | |
| **presently unknown to Plaintiff but will** | ) | |
| **be substituted by amendment when** | ) | |
| **ascertained** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## OPPOSITION TO DEFENDANT SCOTT GRIFFIN SMITH'S MOTION TO DISMISS

COME NOW Plaintiff, April Worley, and in response to Defendant Scott Griffin Smith's Motion to Dismiss, state as follows:

1.      Defendant's scant motion is due to be **DENIED**.

2.      Plaintiff has adequately pleaded viable claims against this in-state resident Defendant.

3.      Plaintiff adopts and incorporates herein the arguments in Plaintiff's Motion to Remand filed contemporaneously herewith.

Respectfully submitted this the 6th day of November, 2006.

1

/s/ W. ROGER SMITH, III_____
ANDY D. BIRCHFIELD, JR. (BIR006)
W. ROGER SMITH, III (SMI257)
Attorneys for Plaintiff

OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN,
  PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone:  (334) 269-2343
Fax:  (334) 954-7555

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have served a copy of the foregoing document upon

the parties as listed below by placing a copy of same in the United States Mail,

first class, postage prepaid on this the 6th day of November, 2006.

George R. Parker
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104


Fred M. Haston, III
Andrew B. Johnson
Anne Marie Seibel
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

/s/ W. ROGER SMITH, III_____
OF COUNSEL

2
