IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-916-MEF |
| ) | |
| PFIZER, INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #6) filed on November 6, 2006, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before November 21, 2006. The plaintiff may file a reply brief on or before November 28, 2006.

DONE this 7th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE