IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-916-MEF |
| ) | |
| PFIZER, INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion for Discovery (Doc. #10) filed on November 28, 2006, it is hereby

ORDERED that the defendants show cause in writing on or before December 8, 2006 as to why the motion should not be granted.

DONE this the 29th day of November, 2006.

                                         /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE