IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLEY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-916-MEF-SRW |
| | ) |
| PFIZER, INC., *et al.,* | ) |
| | ) |
| DEFENDANTS. | ) |

## **ORDER**

This cause is before the Court on a Motion to Dismiss (Doc. # 3) filed by one of the defendants, Scott Griffin Smith ("Smith"). The motion purports to be brought pursuant to Federal Rule of Civil Procedure 12(b)(6). The motion is predicated on an argument that relies on a Declaration submitted to the Court by Smith in which he denies any contact with the plaintiff or her doctors. At this stage in the litigation, the Court is inclined to exclude the matters outside the pleadings with respect to this motion rather than to convert it to a motion for summary judgment. When the declaration is excluded from consideration, it is clear that the Motion to Dismiss (Doc. # 3) is due to be and hereby is DENIED. Nothing in this Order is intended from precluding Smith from filing a motion for summary judgment predicated on the same arguments as were urged in support of the motion to dismiss[1] at a later point in

---

[1] The Motion to Dismiss actually is fairly conclusory and merely incorporates by reference the arguments made in the Notice of Removal by co-defendants in support of co-defendants' contentions that Smith had been fraudulently joined to defeat diversity jurisdiction.

the litigation.

DONE this the 11th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE