IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLEY, | ) |
| | ) |
|    PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-916-MEF-SRW |
| | ) |
| PFIZER, INC., *et al.*, | ) |
| | ) |
|    DEFENDANTS. | ) |

## **ORDER**

This cause is before the Court on the Motion for Leave to Conduct Jurisdictional Discovery Prior to Rule 26(f) Meeting (Doc. # 10) filed by plaintiff April Worley ("Worley"). In the rather unique circumstances in this case, the Court is inclined to grant Worley some limited discovery into issues relating to this Court's subject matter jurisdiction. For this reason, the Motion for Leave to Conduct Jurisdictional Discovery Prior to Rule 26(f) Meeting (Doc. # 10) is GRANTED in part and DENIED in part as set forth below:

    1. Worley may conduct a limited deposition of Defendant Scott Griffin Smith ("Smith"). At this deposition, Worley may ask about any issues he addresses in his Declaration. Worley may also inquire into any facts relating to any possible contact Smith might have had with either Worley or any physician who ever prescribed or recommended Depo Provera to Worley. Furthermore, to the extent that Worley has asked Smith to produce documents or things at his deposition, she may only ask him to produce documents or things relating to the limited issues on which he may be deposed at this time.

2. Worley may also conduct a limited deposition of a corporate representative of Phizer, Inc. ("Phizer"). At this deposition, Worley may inquire into any knowledge Phizer has relating to the statements made in Smith's Declaration. Additionally, Worley may inquire into any knowledge Phizer may have regarding facts relating to any possible contact Smith might have had with either Worley or any physician who ever prescribed or recommended Depo Provera to Worley. Furthermore, to the extent that Worley has asked Phizer to produce documents or things at the 30(b)(6) deposition, she may only ask it to produce documents or things relating to the limited issues on which the corporate representative may be deposed at this time.

3. Worley may not conduct discovery in these limited depositions intended to identify the identity of any individuals named in the Complaint as fictitious defendants pursuant to the Alabama Rules of Civil Procedure or the identity of any person other than Smith who may have detailed Depo Provera to Worley's prescribing physicians.

4. All such discovery shall be completed by no later than **July 27, 2007**.

DONE this the 11th day of June, 2007.

                                              /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE