IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLEY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-916-MEF-SRW |
| | ) |
| PFIZER, INC., *et al.,* | ) |
| | ) |
| DEFENDANTS. | ) |

### **ORDER**

It is hereby ORDERED that the parties submit the following supplemental briefs relating to the issues raised by the Motion to Remand (Doc. # 6):

1. On or before **August 3, 2007**, Plaintiff shall file a supplemental submissions in support of the Motion to Remand specifically addressing the relevance of the information obtained during the limited jurisdictional discovery allowed by this Court. Additionally, Plaintiff shall specifically address whether she contends that Smith's failure to consent to the removal constitutes a procedural defect requiring remand of this case,[1] and if so, on what legal authority such argument is made.

2. On or before **August 10, 2007,** the removing defendants shall file supplemental submissions in opposition to the Motion to Remand specifically addressing Plaintiff's

---

[1] Paragraph 8 of Plaintiff's Motion to Remand (Doc. # 6) emphasizes that the corporate defendants alone removed this case from the Circuit Court of Montgomery County, Alabama and that Smith did not consent to the removal. It is not clear to the Court if Plaintiff is attempting to argue that this fact legally requires remand.

supplemental submissions and the relevance of the information obtained during the limited jurisdictional discovery allowed by this Court.

DONE this the 11th day of June, 2007.

/s/ Mark E. Fuller<br>
CHIEF UNITED STATES DISTRICT JUDGE