IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLEY, | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| v. | *    CASE NO. 2:06cv916-MEF |
| | * |
| PFIZER, INC., MONSANTO, | * |
| COMPANY, PHARMACIA, | * |
| PHARMACIA AND UPJOHN, | * |
| SCOTT GRIFFIN SMITH, and | * |
| Fictitious Defendants A, B, C & D, | * |
| being those persons, firms, or | * |
| Corporations whose fraud, scheme to | * |
| defraud, and/or other wrongful | * |
| conduct caused or contributed to | * |
| Plaintiff's injuries and damages, and | * |
| whose true names and identities are | * |
| presently unknown to Plaintiff but will | * |
| be substituted by amendment when | * |
| ascertained, | * |
| | * |
|     DEFENDANTS. | * |

**MOTION TO EXPAND DISCOVERY**

COMES NOW Plaintiff, April Worley, by and through undersigned counsel, and submits this Motion to Expand Discovery. In its Order dated June 11, 2007, this Court granted Ms. Worley's Motion for Leave to Conduct Jurisdictional Discovery Prior to Rule 26(f) Meeting. However, this Court prohibited Ms. Worley from any discovery intended to identify the names and addresses of Fictitious Defendants A, B, C and D. For the following reasons, Ms. Worley requests that this Court amend its Order to allow for the discovery sought as outlined in her original Motion for Leave to Conduct Jurisdictional Discovery:

1. Plaintiff filed her Complaint in the Circuit Court of Montgomery County, Alabama, against various named defendants and Fictitious Defendants A, B, C, and D. Unlike situations where a plaintiff includes an unknown claim against an unknown, non-diverse defendant for the sole purpose of avoiding federal jurisdiction, Plaintiff Worley specifically asserted claims against the sales representative employees of Pfizer, Inc., and Pharmacia who detailed and marketed Depo Provera to her physicians. Although Ms. Worley was not able to obtain the names of those individuals prior to filing her Complaint, despite her best efforts to do so, she specifically alleges that Fictitious Defendants A, B, C and D are "other sales representatives whose fraud, scheme to defraud and/or other wrongful conduct caused or contributed to the injuries sustained by the Plaintiff . . .," pursuant to Rule 9 (h), Ala. R. Civ. P.

2. Further, Plaintiff Worley served Interrogatories with her original Complaint requesting the identities of the fictitious defendants. This evidences Plaintiff Worley's intent to join all responsible parties into one single action at the outset of this litigation. Prior to responding to any discovery, the defendants removed this case to this Court asserting diversity jurisdiction.

3. The named defendants clearly know the identities of Fictitious Defendants A, B, C, and D, and they are in a superior position to ascertain the current addresses of the fictitious defendants.

4. Judicial economy would be served by allowing Plaintiff Worley to question Defendant Smith and the Pfizer corporate representative about the identities of Fictitious Defendants A, B, C and D. By allowing Plaintiff Worley to

discover the identities of Fictitious Defendants A, B, C, and D now, Plaintiff Worley can amend her Complaint before this Court exercises jurisdiction over this matter, and before this Court wastes judicial resources on a matter in which diversity jurisdiction will ultimately fail.

5. In the event Plaintiff Worley would not be allowed to amend her Complaint to replace Fictitious Defendants A, B, C, and D, she would be forced to pursue two cases involving identical facts in both federal and state court, one against the non-diverse defendants and one against diverse defendants, which would further waste limited judicial resources.

For these reasons, Plaintiff Worley respectfully requests that this Court expand its Order allowing jurisdictional discovery to include discovery intended to ascertain the identities of Fictitious Defendants A, B, C, and D.

RESPECTFULLY SUBMITTED this the 6th day of July, 2007.

/s/ W. Roger Smith, III
W. Roger Smith, III (SMI257)
Andy D. Birchfield, Jr. (BIR006)
Attorneys for Plaintiff

OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 6th day of July, 2007.

George R. Parker
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

Fred M. Haston, III
Andrew B. Johnson
Anne Marie Seibel
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

/s/ W. Roger Smith, III
OF COUNSEL