IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-916-MEF |
| ) | |
| PFIZER, INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion for Expand Discovery (Doc. #16) filed on July 6, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 9th day of July, 2007.

                                          /s/ Mark E. Fuller
                                 CHIEF UNITED STATES DISTRICT JUDGE