IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLEY, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-916-MEF |
| ) | |
| PFIZER, INC., MONSANTO ) | |
| COMPANY, PHARMACIA, ) | |
| PHARMACIA AND UPJOHN, ) | |
| SCOTT GRIFFIN SMITH, and ) | |
| Fictitious Defendants A, B, C & D, ) | |
| being those persons, firms, or ) | |
| Corporations whose fraud, scheme ) | |
| to defraud, and/or other wrongful ) | |
| conduct caused or contributed to ) | |
| Plaintiff's injuries and damages, and ) | |
| whose true names and identities are ) | |
| presently unknown to Plaintiff but ) | |
| will be substituted by amendment ) | |
| when ascertained, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF 30(b)(6) DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff, by and through her counsel of record, will take the deposition via videoconference of a corporate representative of **PFIZER, INC.**, upon oral examination before a Notary Public, or before some other officer authorized by law to administer oaths. Said deposition shall commence at 1:00 pm on July 24, 2007, at Beasley Allen, 250 Commerce Street, Montgomery, Alabama, and will continue from day to day until completed. The deposition will be conducted pursuant to the Federal Rules of Civil Procedure.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Pfizer, Inc., shall designate and produce a designated representative or representatives, as may be required, to testify on behalf of Pfizer regarding its knowledge relating to the statements made in Defendant Smith's Declaration and its knowledge regarding facts relating to any possible contact Defendant Smith might have had with either Plaintiff Worley or any physician who ever prescribed or recommended Depo Provera to Plaintiff Worley.

## DUCES TECUM

Pursuant to the Federal Rules of Civil Procedure, Plaintiff requests deponent to bring to the deposition the following documents and/or things:

1. Any and all documents reviewed or relied upon in determining that Defendant Smith did not detail Depo Provera to Plaintiff Worley's Prescribing Physicians or any other physician within the practice of Worley's Prescribing Physicians.

2. Any and all documents relied upon to support any portion of the Declaration of Smith.

RESPECTFULLY SUBMITTED this the 11th day of July, 2007.

/s/ W. Roger Smith, III
W. Roger Smith, III (SMI257)
Andy D. Birchfield, Jr. (BIR006)
Attorneys for Plaintiff

OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN,
  PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 11th day of July, 2007.

George R. Parker
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

Fred M. Haston, III
Andrew B. Johnson
Anne Marie Seibel
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

/s/ W. Roger Smith, III
OF COUNSEL