IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLEY, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | )  CASE NO. 2:06-CV-916-MEF |
| | ) |
| PFIZER, INC., et al., | ) |
| | ) |
| Defendants. | ) |

NOTICE OF APPEARANCE

Matthew E. Munson hereby gives the Court notice of appearance as **additional** counsel on behalf of Plaintiff in this cause.

_____
MATTHEW E. MUNSON (MUN015)

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
  PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone (334) 269-2343
Fax    (334) 223-1236

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 13th day of July, 2007.

Andrew B. Johnson
George R. Parker
Bradley, Arant, Rose & White, LLP
1819 Fifth Ave. North
Birmingham, Alabama 35203

_____
OF COUNSEL