**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

July 16, 2007

# NOTICE OF CORRECTION

**To: ALL COUNSEL OF RECORD**
**From: CLERK'S OFFICE**

**Case Style: April Worley vs. Pfizer, et al**

**Case Number: 2:06cv916-MEF**

**Referenced Pleading: Document #21- Notice of Appearance**

The referenced pleading was electronically filed on \*\*\*July 13, 2007\*\*\* and is hereby STRICKEN from the record as a docketing error. Counsel for plaintiff filed the pleading on behalf of attorney W. Roger Smith, III, rather than Matthew Edward Munson. Counsel will file a corrected pleading on behalf of attorney Matthew Edward Munson.