IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-916-MEF |
| | ) |
| PFIZER, INC., *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to File Amended Complaint (Doc. #22) filed on July 13, 2007, it is hereby ORDERED as follows:

1. The defendants file a response which shall include a brief and any evidentiary materials on or before July 31, 2007.

2. The plaintiff may file a reply brief on or before August 7, 2007.

DONE this 17th day of July, 2007.

                                                    /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE