UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
(Northern Division)

| | |
|---|---|
| **APRIL WORLEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **2:06-cv-00916-MEF-SRW** |
| ) | |
| **PFIZER INC.,** et al ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE

Amelia T. Driscoll hereby gives notice of her appearance as additional counsel on behalf of Defendants Pfizer Inc., Pharmacia Corporation, Pharmacia & Upjohn Company, LLC, and Scott Griffin Smith in the above-styled cause.

Respectfully submitted,

s/Amelia T. Driscoll (DRI016)
Amelia T. Driscoll
Fred M. Haston III
Anne Marie Seibel
Andrew B. Johnson
George Parker
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail:
thaston@bradleyarant.com
aseibel@bradleyarant.com
ajohnson@bradleyarant.com
gparker@bradleyarant.com
adriscoll@bradleyarant.com

Attorneys for Defendants Pfizer Inc., Pharmacia Corporation, Pharmacia & Upjohn Company, LLC, and Monsanto Company

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Andy D. Birchfield, Jr.
    W. Roger Smith, III
    Matthew E. Munson
    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
    P.O. Box 4160
    Montgomery, AL 36103-4160
    andy.birchfield@beasleyallen.com
    roger.smith@beasleyallen.com
    matt.munson@beasleyallen.com

            Respectfully submitted,
            s/ Amelia T. Driscoll

            Bradley Arant Rose & White LLP
            One Federal Place
            1819 Fifth Avenue North
            Birmingham, AL 35203-2104
            Telephone: (205) 521-8000
            Facsimile: (205) 521-8800
            E-mail: adriscoll@bradleyarant.com