IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLEY, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-916-MEF |
| | ) |
| PFIZER, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS DEFENDANT SCOTT GRIFFIN SMITH

Plaintiff, April Worley, by and through undersigned counsel, moves to dismiss Defendant Scott Griffin Smith from this claim. In support of this Motion, Ms. Worley offers the following:

1. On August 8, 2006, Ms. Worley filed a lawsuit in Montgomery County, Alabama, against Pfizer, Inc., Monsanto Company, Pharmacia, and Pharmacia & Upjohn ("the Corporate Defendants"), and Scott Griffin Smith and Fictitious Defendants A, B, C, and D for injuries caused by Depo Provera, a contraceptive administered by injection.

2. On October 10, 2006, the Corporate Defendants removed the case to this Court based upon diversity jurisdiction. The Corporate Defendants urged the Court to overlook the residency of Defendant Smith based upon the doctrine of fraudulent joinder. The Corporate Defendants thereafter filed their Answer. Defendant Smith filed a Motion to Dismiss, which was denied by this Court on June 11, 2007.

3. On November 6, 2006, Ms. Worley moved to remand her case to the Circuit Court of Montgomery County, Alabama, based upon lack of subject matter

jurisdiction, as the Complaint contained viable claims against in-state defendant Scott Smith as well as the fictitious defendants.

4.  On November 28, 2006, Plaintiff Worley, consistent with the written discovery originally filed with her Complaint, sought permission from the Court to conduct jurisdictional discovery. On June 11, 2007, the Court granted Ms. Worley's motion for jurisdictional discovery in part, but prohibited Ms. Worley from asking any questions to identify Fictitious Defendants A, B, C, and D.

5.  On July 24, 2007, Defendant Smith gave sworn testimony in support of his Declaration. Further, on July 24, 2007, Defendant Pfizer gave sworn testimony in support of Defendant Smith's Declaration.

6.  Through the limited discovery allowed, Ms. Worley obtained no information to support Defendant Smith remaining a defendant in this case.

WHEREFORE, based upon the Declaration and sworn testimony of Defendant Smith and the sworn testimony of Defendant Pfizer, and having no evidence available to contradict their sworn testimony, Ms. Worley moves to dismiss Defendant Scott Griffin Smith from this claim.

Respectfully submitted this the 30th day of July, 2007.

/s/ W. Roger Smith, III
ANDY D. BIRCHFIELD, JR. (BIR006)
W. ROGER SMITH, III (SMI257)
MATTHEW E. MUNSON (MUN015)

Attorneys for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
  PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone (334) 269-2343
Fax    (334) 954-7555

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 30th day of July, 2007.

Andrew B. Johnson
George R. Parker
Bradley, Arant, Rose & White, LLP
1819 Fifth Avenue North
Birmingham, Alabama  35203

                                                /s/ W. Roger Smith, III
                                                OF COUNSEL

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **APRIL WORLEY,** | ) |
| Plaintiff. | ) ) ) |
| v. | ) CASE NO. 2:06-CV-916-MEF |
| **PFIZER, INC., et al.,** | ) ) ) |
| Defendants. | ) |

## (PROPOSED) ORDER

Before the Court is Plaintiff's Motion to Dismiss Defendant Scott Griffin Smith. The Court, having considered the same, has determined that Plaintiff's motion is due to be GRANTED, and Defendant Scott Griffin Smith is hereby DISMISSED without prejudice from this case, each party to bear its own costs.

Dated: _____

_____
MARK E. FULLER
CHIEF UNITED STATES DISTRICT JUDGE