**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **APRIL WORLEY,** ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-916-MEF |
| ) | |
| **PFIZER, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW MOTION TO REMAND**

For the reasons offered to support her Motion to Dismiss Defendant Scott Griffin Smith, filed contemporaneously herewith, Plaintiff, April Worley, moves to withdraw her current Motion to Remand.

Respectfully submitted this the 30th day of July, 2007.

       /s/ W. Roger Smith, III
       ANDY D. BIRCHFIELD, JR. (BIR006)
       W. ROGER SMITH, III (SMI257)
       MATTHEW E. MUNSON (MUN015)

       Attorneys for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
  PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone (334) 269-2343
Fax   (334) 954-7555

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 30th day of July, 2007.

Andrew B. Johnson
George R. Parker
Bradley, Arant, Rose & White, LLP
1819 Fifth Avenue North
Birmingham, Alabama  35203

/s/ W. Roger Smith, III
OF COUNSEL