IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-916-MEF |
| | ) |
| PFIZER, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Dismiss Defendant Scott Griffin Smith (Doc. #27) filed on July 30, 2007, it is hereby

ORDERED that the defendant show cause in writing on or before August 13, 2007 as to why the motion should not be granted.

DONE this the 3rd day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE