UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
(Northern Division)

| | |
|---|---|
| **APRIL WORLEY,** | ) |
| Plaintiff, | ) |
| v. | )     2:06-cv-00916-MEF-SRW |
| **PFIZER INC.,** et al | ) |
| Defendants. | ) |

### DEFENDANTS' RESPONSE TO SHOW CAUSE ORDER AND STIPULATION OF DISMISSAL OF SCOTT GRIFFIN SMITH WITH PREJUDICE

In response to the Court's August 3, 2007 Order to show cause (Doc. 31), Defendants Pfizer Inc., Pharmacia Corporation, Pharmacia & Upjohn Company, LLC, and Scott Griffin Smith (collectively "Defendants") hereby stipulate to the dismissal of Defendant Scott Griffin Smith ("Mr. Smith"), with prejudice.

As Plaintiff concedes in her Motion to Dismiss, Mr. Smith has no factual involvement in this case because Mr. Smith has never contacted Plaintiff or the physicians that prescribed Depo-Provera® Contraceptive Injection to her.  Mot. to Dismiss Def. Scott Griffin Smith at 2 ("Plaintiff's Motion to Dismiss") (Doc. 27) (conceding that Plaintiff has "no information to support Defendant Smith remaining a defendant in this case" and cannot contradict Mr. Smith's sworn testimony).  Despite this express concession, Plaintiff suggests that Mr. Smith should be dismissed "without prejudice."  Plaintiff's Motion to Dismiss at 4 (Doc. 27).  Plaintiff's suggestion notwithstanding, Mr. Smith should be dismissed *with prejudice* because Plaintiff has not, and cannot, state a claim against Mr. Smith upon which relief can be granted. See Feinberg v. Leach, 243 F.2d 64, 68 (5th Cir. 1957) (holding that dismissal with prejudice is appropriate where "no mere amendment [can] cure [the complaint's] defect and have it state a claim upon

1

which relief [can] be granted"); see also Plaintiff's Motion to Dismiss at 2 (Doc. 27); Defs.' Mem. of Law in Opp'n to Pl.'s Mot. to Remand at 3-5 (Doc. 9); Defs.' Notice of Removal at 3-9 (Doc. 1); Mr. Smith's Mot. to Dismiss (Doc. 3).  Accordingly, Defendants hereby stipulate to the dismissal of Mr. Smith, with prejudice.

Respectfully submitted,
s/Andrew B. Johnson
Andrew B. Johnson
Fred M. Haston III
Anne Marie Seibel
Amelia T. Driscoll
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail:
thaston@bradleyarant.com
aseibel@bradleyarant.com
ajohnson@bradleyarant.com
adriscoll@bradleyarant.com

Attorneys for Defendants Pfizer Inc., Pharmacia Corporation, Pharmacia & Upjohn Company, LLC, and Scott Griffin Smith

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Andy D. Birchfield, Jr.
    W. Roger Smith, III
    Matthew E. Munson
    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
    P.O. Box 4160
    Montgomery, AL 36103-4160
    andy.birchfield@beasleyallen.com
    roger.smith@beasleyallen.com
    matt.munson@beasleyallen.com

          Respectfully submitted,
          s/ Andrew B. Johnson

          Bradley Arant Rose & White LLP
          One Federal Place
          1819 Fifth Avenue North
          Birmingham, AL 35203-2104
          Telephone: (205) 521-8000
          Facsimile: (205) 521-8800
          E-mail: ajohnson@bradleyarant.com