IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLEY, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-916-MEF |
| | ) |
| PFIZER, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW, Matthew E. Munson, one of the attorneys of record for Plaintiff, April Worley, and requests that he be permitted to withdraw as counsel in the foregoing matter. Mr. Munson states the following as grounds:

1. Mr. Munson has recently joined another law firm and is no longer employed by Beasley, Allen, Crow, Methvin, Portis, & Miles, P.C.

2. Plaintiff, April Worley, will continue to be represented by Roger Smith of Beasley Allen, and, thus, will not be prejudiced by Mr. Munson's withdrawal from this matter.

Dated: March 3, 2008

    /s/ Matthew E. Munson
MATTHEW E. MUNSON (MUN015)
Counsel for Plaintiff

OF COUNSEL:

FRANK M. WILSON, P.C.
Post Office Box 2389
Montgomery, Alabama 36102-2389
(334) 263-2560
(334) 264-2658 Facsimile
matt@frankmwilsonpc.com