IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-916-MEF |
| | ) |
| PFIZER, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel (Doc. #36) filed by Matthew E. Munson on March 3, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 5th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE