IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

APRIL WORLEY
_____,  )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )   CASE NO. 2:06-CV-00916-MEF-SRW
                                     )
PFIZER, INC., et al.                 )
_____,  )
                                     )
    Defendants,                      )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  April Worley , a  Plaintiff  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party
_____      _____
_____      _____
_____      _____

_____      _____
4/4/2008                             /s/ W. Roger Smith, III
Date                                 (Signature)

                                     Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                                     (Counsel's Name)

                                     Counsel for Plaintiff
                                     Counsel for (print names of all parties)
                                     Post Office Box 4160
                                     Montgomery, Alabama 36103-4160
                                     Address, City, State Zip Code
                                     (334) 269-2343
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __W. Roger Smith, III_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic filing_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __4th____ day of __April_____ 20_08_, to:

Andrew B. Johnson

George R. Parker

Bradley, Arant, Rose & White, LLP

One Federal Place

1819 Fifth Avenue North

Birmingham, Alabama  35203


4/4/2008                                              /s/ W. Roger Smith, III
     Date                                                   Signature