# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **APRIL WORLEY,** | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-916-MEF |
| | ) |
| **PFIZER, INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

Comes now Plaintiff, April Worley, by and through undersigned counsel, and gives notice of the following served upon the Defendant:

- Plaintiff's Initial Disclosures

Respectfully submitted this the 30th day of May 2008.

      /s/ W. Roger Smith, III
ANDY D. BIRCHFIELD, JR. (BIR006)
W. ROGER SMITH, III (SMI257)

Attorneys for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
  PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone (334) 269-2343
Fax    (334) 954-7555

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 30th day of May, 2008.

Andrew B. Johnson
George R. Parker
Bradley, Arant, Rose & White, LLP
1819 Fifth Avenue North
Birmingham, Alabama  35203

/s/ W. Roger Smith, III
OF COUNSEL