UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
**(Northern Division)**

| | | |
|---|---|---|
| **APRIL WORLEY,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **2:06-cv-00916-MEF-SRW** |
| **PFIZER INC., et al.,** | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

Defendants Pfizer Inc., Pharmacia Corporation, Pharmacia & Upjohn Company, LLC, and Monsanto Company (collectively "Defendants"), hereby give notice that it has served upon all counsel of record by United States mail:

1. Defendants' Rule 26(a)(1) Initial Disclosures.

                        s/ Andrew B. Johnson
                        Andrew B. Johnson
                        One of the Attorneys for Defendants

OF COUNSEL:

Fred M. Haston, III
Anne Marie Seibel
Amelia T. Driscoll
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system which will send notification of such filing to the following:

    Andy D. Birchfield, Jr.
    W. Roger Smith, III
    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
    P.O. Box 4160
    Montgomery, AL 36103-4160

and I hereby certify that I have mailed by United States Postal Service the document to the following non-AlaFile participants:

                                                 s/ Andrew B. Johnson
                                                      OF COUNSEL