**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 2, 2008

# NOTICE OF NON-COMPLIANCE

**To:  ALL COUNSEL OF RECORD**
**From: CLERK'S OFFICE**

**Case Style: April Worley vs. Pfizer, Inc. et al**

**Case Number: 2:06cv916-MEF**

**Referenced Pleading: Document #43- Notice of Filing**
                              **# 44- Notice of Service**

**The referenced pleadings were electronically filed on \*\*May 30, 2008\*\*\* in this case and is not in compliance with the local rules and/or administrative procedures of this court.**

**\*\*\*\*\*This pleading is discovery and is not allowed pursuant to Local Rule 5.1 Non-Filing of Civil Discovery.**

**The pleadings are hereby STRICKEN from the record and the  parties are instructed to disregard the entry of this pleading on the court's docket.  Parties should be aware that the striking of this entry does not affect their responsibilities as to the discovery process.**