# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# (Northern Division)

| | | |
|---|---|---|
| **APRIL WORLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **2:06-cv-00916-MEF-SRW** |
| | ) | |
| **PFIZER INC.,** et al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff and Defendants, through their undersigned counsel, hereby stipulate to the dismissal, *with prejudice*, of defendant Monsanto Company pursuant to Fed. R. Civ. P. 41(a)(1), costs taxed as paid.

s/ W. Roger Smith, III

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
E-Mail:
roger.smith@beasleyallen.com
andy.birchfield@beasleyallen.com

Attorneys for Plaintiff

1

        s/Andrew B. Johnson
Andrew B. Johnson
Fred M. Haston III
Anne Marie Seibel
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail:
thaston@bradleyarant.com
aseibel@bradleyarant.com
ajohnson@bradleyarant.com

Attorneys for Defendants