IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv916-MEF |
| ) | |
| PFIZER, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of defendants' motion for protective order (Doc. # 47), filed June 20, 2008 and for good cause, it is

ORDERED that plaintiff file a response to the motion on or before July 7, 2008.

DONE, this 23rd day of June, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE