**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**(Northern Division)**

| | |
|---|---|
| **APRIL WORLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **2:06-cv-00916-MEF-SRW** |
| | ) |
| **PFIZER INC., et al** | ) |
| | ) |
| **Defendants.** | ) |

**MOTION FOR LEAVE TO WITHDRAW**

The undersigned hereby requests this Honorable Court for an Order allowing

Amelia T. Driscoll to withdraw as counsel of record for Defendants Pfizer Inc.,

Pharmacia Corporation (incorrectly sued herein as "Pharmacia"), and Pharmacia &

Upjohn Company LLC (incorrectly sued herein as "Pharmacia & Upjohn")

(collectively "Defendants").  Defendants will continue to be represented by Fred

M. Haston, III, Anne Marie Seibel, and Andrew B. Johnson of Bradley Arant Rose

& White LLP.

Dated this 14th day of July, 2008.

/s/Amelia T. Driscoll
One of the Attorneys for Defendants

OF COUNSEL

Fred M. Haston, III
Anne Marie Seibel
Andrew B. Johnson

BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andy D. Birchfield, Jr.
W. Roger Smith, III
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

s/Amelia T. Driscoll
Amelia T. Driscoll
One of the Attorneys for Defendants