IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-916-MEF |
| ) | |
| PFIZER, INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion for Leave to Withdraw (Doc. #52) filed on July 14, 2008 by Amelia T. Driscoll, it is hereby

ORDERED that the motion is GRANTED.

DONE this 15th day of July, 2008.

                                        /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE