IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL WORLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv916-MEF |
| ) | |
| PFIZER, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of defendant's motion for leave to file reply (Doc. # 54), filed July 18, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 22nd day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE