IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| APRIL WORLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv916-MEF |
| | ) | |
| PFIZER, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

For good cause, it is

ORDERED that the court's order (Doc. # 55) entered July 22, 2008 be and hereby is

VACATED because of a clerical error.

It is further ORDERED that plaintiff's motion for leave to file reply (Doc. # 54) filed

July 18, 2008, is GRANTED.

DONE, this 25th day of July, 2008.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE