UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
(Northern Division)

| | |
|---|---|
| **APRIL WORLEY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**PFIZER INC.,** et al )<br>)<br>Defendants. )<br>) | **2:06-cv-00916-MEF-SRW** |

## NOTICE OF APPEARANCE

Jennifer J. McGahey hereby gives notice of her appearance as additional counsel on behalf of Defendants Pfizer Inc., Pharmacia Corporation (incorrectly sued herein as "Pharmacia"), and Pharmacia & Upjohn Company LLC (incorrectly sued herein as "Pharmacia & Upjohn") (collectively "Defendants") in the above-styled cause.

s/Jennifer J. McGahey
One of the Attorneys for Defendants

OF COUNSEL

Fred M. Haston, III
Anne Marie Seibel
Andrew B. Johnson
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North

Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

### CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Andy D. Birchfield, Jr.
>W. Roger Smith, III
>BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
>P.O. Box 4160
>Montgomery, AL 36103-4160

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None.

s/Jennifer J. McGahey
Jennifer J. McGahey
One of the Attorneys for Defendants